UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| MANVIR S LITT | CIVIL ACTION NO. 21-cv-1277 |
| VERSUS | JUDGE TERRY A. DOUGHTY |
| BERKSHIRE HATHAWAY HOMESTATE INSURANCE ET AL | MAGISTRATE JUDGE HORNSBY |

**JUDGMENT**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendants' motions for partial dismissal (Docs. 7 & 18) are **GRANTED.** All independent claims of negligence based on Civil Code Article 2315 and any claims based on Civil Code Articles 2317 and 2317.1 against John Stewart Trucking, LLC are dismissed for failure to state a claim on which relief may be granted. John Stewart Trucking, LLC remains a defendant in this case because it is potentially liable for the negligence of its employee based on principles of vicarious liability.

Monroe, Louisiana, this 8th day of February 2022.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE